OPINION ON REHEARING
EVELYN V. KEYES, Justice.
While a motion for rehearing was pending in this case, appellant Quality Infusion Care, Inc. and appellees Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Texas, Howard King, and Hill & Finkel, L.L.P. announced that they have settled and moved this Court to vacate its December 29, 2011 judgment and render judgment affirming the trial court’s judgment.
Accordingly, we grant the parties’ agreed motion in part. We vacate our December 29, 2011 judgment and dismiss the appeal as moot. See Tex.R.App. P. 42.1(a). We withdraw our December 29, 2011 opinion. See Tex.R.App. P. 42.1(c). We dismiss all pending motions as moot.
SHARP, J., concurring and dissenting.